# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICARDO CASAS,<br><br>　　　　　　　Defendant. | Case No.: 18-CR-1746-BTM<br><br>**ORDER TO CONTINUE SENTENCING** |

　　Upon joint motion of the parties and good cause appearing,

　　IT IS HEREBY ORDERED that the Sentencing set for November 16, 2018 is continued to January 28, 2019 at 10:30 a.m.

　　IT IS SO ORDERED.

DATED: November 15, 2018

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge