# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-1746-BTM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING** |
| RICARDO CASAS, | |
| Defendant. | |

Upon joint motion of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Sentence With PSR hearing set for March 4, 2019 is continued to April 1, 2019 at 10:30 a.m.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Honorable Barry Ted Moskowitz
United States District Court